1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 N. Second Street
   San Jose, CA 95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Ronald Moore
6

7

8
                        **UNITED STATES DISTRICT COURT**
9
                        **EASTERN DISTRICT OF CALIFORNIA**
10

11 RONALD MOORE,                    )   No. 1:10-CV-00958-LJO-SMS
                                    )
12          Plaintiff,              )   **STIPULATION FOR DISMISSAL OF**
                                    )   **ACTION; ORDER**
13     vs.                          )
                                    )
14 FRANKIE ROSE, et al.,            )
                                    )
15          Defendants.             )
                                    )
16 _____     )

17

18     IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants

19 David Promnitz; and Cynthia Promnitz, parties to this action, by and through their respective

20 counsels, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action be and

21 hereby is dismissed with prejudice in its entirety.

22

23 Date: November 12, 2010                       MOORE LAW FIRM, P.C.

24

25

26                                               /s/Tanya Moore
                                                 Tanya Moore
27                                               Attorneys for Plaintiff Ronald Moore

28


*Moore v. Rose, et al.*
Stipulation for Dismissal
                                    Page 1

1   Dated: November 12, 2010                LAW OFFICES OF EDWARD H. CHATOIAN

                                            /s/ Edward Baxter Chatoian
                                            Edward Baxter Chatoian, Attorneys for Defendants
                                            David Promnitz and Cynthia Promnitz

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be and hereby is dismissed in its entirety.

IT IS SO ORDERED.  The clerk of the court is directed to close this action in its entirety.


Dated:_November 12, 2010___          _/s/ Lawrence J. O'Neill_____
                                     Lawrence J. O'Neill, United States District Judge

*Moore v. Rose, et al.*
Stipulation for Dismissal

                                     Page 2